UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAN AMERICAN LIFE INSURANCE CO. | CIVIL ACTION |
| VERSUS | NO: 13-5027 |
| LOUISIANA ACQUISITIONS CORP. | SECTION: "A" (3) |

### MINUTE ENTRY (JS-10: 15)

On October 6, 2016, the Court held a status conference with the following counsel in attendance: George Fowler, Daniel Lichtl, and Luis Llamas for Plaintiff; Nancy Degan and Matt Woolf for Defendant. The Court set the conference to discuss the status of the case.

The Court denied Plaintiff's motion to strike Defendants' motions for summary judgment. The Court granted Plaintiff an initial period of 60 days to file its oppositions and will grant additional time if Plaintiff requires it. Plaintiff urged the Court to set this matter for trial. All pretrial deadlines are extended. The Court will schedule a follow-up status conference after it rules on the pending motions.

Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion to Strike (Rec. Doc. 309)** is **DENIED**. The **Motion to Expedite (Rec. Doc. 310)** is **DENIED AS MOOT**;

**IT IS FURTHER ORDERED** that Plaintiff shall have 60 days to file its oppositions to Defendants' motions for summary judgment (Rec. Docs. 306 & 308). The motions for

summary judgment are reset for submission on **December 14, 2016**;[1]

**IT IS FURTHER ORDERED** that as to any filings greater than 100 pages in length, counsel for the filing party shall deliver a hard-copy to the Court's chambers for the Court's use. The copy delivered must be printed from the Court's CM/ECF filing system so that each page contains the CM/ECF document header. The submission must be placed in a binder with all exhibits labeled and tabbed for the Court's ease of use. <u>The exhibit section shall contain a table of contents</u>;

**IT IS FURTHER ORDERED** that a 10 day jury trial is set for **Monday, November 6, 2017, at 8:30 a.m.**;

**IT IS FURTHER ORDERED** that the final pretrial conference is set for **October 5, 2017, at 11:00 a.m.**

\* \* \* \* \* \* \* \*

*/s/ Jay C. Zainey*

---

[1] The Court will adjust this date if Plaintiff requires more than 60 days to file its oppositions or if Defendants request extra time to file their replies. Once the oppositions are filed Defendants will be in a better position to estimate how long they will need to file their replies.